UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HARLEMAN MANUFACTURING, LLC, a Missouri limited liability company, | ) ) ) |
| Plaintiff-Counterdefendant, | ) ) |
| v. | ) ) ) Case No. 6:14-cv-03498-MDH |
| PENGO CORPORATION, a Delaware corporation, | ) ) ) |
| Defendant-Counterplaintiff, | ) ) |
| and | ) ) |
| DANA SCUDDER, a Florida citizen, | ) ) ) |
| Defendant. | ) |

**DEFENDANT-COUNTERPLAINTIFF PENGO CORPORATION
AND DEFENDANT DANA SCUDDER'S
MOTION FOR SUMMARY JUDGMENT**

Defendant-Counterplaintiff Pengo Corporation and Defendant Dana Scudder (collectively "Defendants"), by their attorneys, move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on all Counts of Plaintiff's Second Amended Petition for the reasons set forth in Defendants' Memorandum In Support Of Their Motion For Summary Judgment.

Dated: December 4, 2015                    SCHIFF HARDIN LLP

                                           By:_____/s/ Frederick J. Sperling_____

                                           Frederick J. Sperling
                                           Rachel Remke
                                           233 South Wacker Drive, Suite 6600
                                           Chicago, IL 60606
                                           Telephone (312) 258-5500
                                           Email   fsperling@schiffhardin.com
                                                   rremke@schiffhardin.com

                                           Judson B. Poppen, #51070
                                           NEALE & NEWMAN, L.L.P.
                                           1949 E. Sunshine, Ste. 1-130
                                           Springfield, MO 65808-032
                                           Telephone (417) 882-9090
                                           Facsimile (417) 882-2529
                                           Email jpoppen@nnlaw.com

                                           Attorneys for Defendant-Counterplaintiff
                                           Pengo Corporation and Defendant Dana
                                           Scudder

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, I electronically filed the foregoing document using the CMF/ECF system, which will cause an electronic copy to be served on counsel of record.

/s/ Rachel A. Remke